UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTHONY MOORE,

        Petitioner,

v.

TRACY BELTZ,

        Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 25-1077 (MJD/LIB)

Anthony Moore, Petitioner, pro se.

Thomas R. Ragatz, Minnesota Attorney General's Office, Counsel for Respondent.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois filed April 3, 2025. [Doc. 5.] Petitioner filed objections to the Report and Recommendation. [Doc. 6.] At the same time, Petitioner filed a Motion to Hold this Case in Abeyance until the Minnesota Supreme Court Rules on his Petition for Review. [Doc. 7.]

1

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Brisbois.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois filed April 3, 2025 **[Doc. 5]**;

2. Petitioner Anthony Moore's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, **[Doc. 1]**, is **DENIED**;

3. Petitioner's Motion to Present Oral Argument, **[Doc. 2]**, is **DENIED as moot**;

4. Petitioner's Motion for the Appointment of Counsel, **[Doc. 3]**, is **DENIED as moot**;

5. Petitioner's Motion to Hold this Case in Abeyance until the Minnesota Supreme Court Rules on his Petition for Review, **[Doc. 7]**, is **DENIED as moot**;

6. This action is **DISMISSED without prejudice**; and

7. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 6, 2025                       s/Michael J. Davis
                                         Michael J. Davis
                                         United States District Court